UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES ANDERSON,

               Plaintiff,

            -against-

DR. ROMANO, ET AL.,

              Defendants.
------------------------------------------------------------X

ORDER

08 Civ. 559 (JSR)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     On or before August 25, 2008, the plaintiff shall serve and file a response to the motion to dismiss made by defendants Dr. Koenigsmann, Dr. Bernstein and Commissioner Glenn Goord. Thereafter, on or before September 10, 2008, the movants shall serve and file any reply.

     The plaintiff is advised that he may seek such procedural assistance as he may need in responding to the above-referenced motion by contacting the Pro Se Office for this judicial district. That office is located at 500 Pearl Street, Room 230, New York, NY 10007. The telephone number for that office is (212) 805-0177.

Dated: New York, New York
         July 21, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via mail to:

James Anderson
Daniel Schulze, Esq.