


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
ACTING BUREAU CHIEF FOR LITIGATION

July 16, 2008

BY MAIL

**MEMO ENDORSED**

Hon. Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 540
New York, New York 10007

      Re:    *Anderson v. Romano*, 08 CV 0559 (JSR)(KNF)

Dear Judge Fox:

      This office has just received a request for representation from defendant Bernstein, whom the docket indicates was served on July 2, 2008.

      In the interests of efficiency, and because the same defenses apply and defendant Bernstein is willing to waive any defects in service, this letter is sent to respectfully request that the Court enter an Order allowing defendant Bernstein to respond to the complaint by now joining in the June 19, 2008 Motion to Dismiss previously submitted on behalf of defendants Goord and Koenigsmann.

7/18/08
Application granted.
SO ORDERED:
_____
KEVIN NATHANIEL FOX, USMJ.

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc:    James Anderson, plaintiff pro se

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS