USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 08/19/08

MEMO ENDORSED

RECEIVED
AUG 19 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

August 11, 2008

By Mail

Hon. Kevin N. Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Rm. 540
New York, N.Y. 10007

Request for an extension,
   Anderson v. Romano et al. 08-CV-0559 (J.S.R.)(K.N.F.)
   (Response in Opposition to Defendant's Motion To Dismiss)

Dear Judge Fox,

   On July (7/24/08) 24, 2008, I received your Order To respond To defendant's motion. On July 28, 2008 I made a request for Law Library. On August 5, 2008, I made yet another request for Special Access Status by virtue of your Order. To date I have not had a call out for Law Library.

   In addition, I am afflicted with diffuse Severe and Progressive Spondylosis (Arthritis of the Spine) Since July 22, 2008 my condition has progressed dramatically. As a result of a back up in call outs, I have not seen my provider. I have followed The requisite procedures (sick call, letters etc.) and hope To secure an appointment soon.

   As it now Stands I can not function as

I once did or as the average person. There are days when simple acts or Task's are just not doable. For all of the above mentioned reasons I respectfully request of this Honorable Court an extension to respond to defendants motion.

Sincerely
James Anderson Jr
96A-7850, A3-39

8/19/08

Application granted. On or before September 25, 2008, the plaintiff shall serve and file his response to the outstanding motion to dismiss. Thereafter, any reply shall be served and filed on or before October 13, 2008.

SO ORDERED:

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK
_____ X

James Anderson

   -against-

Dr. Vincent Romano et al
_____ X

**AFFIRMATION OF SERVICE**

08 Civ. 0559 (KNF)
            (JSR)

I, James Anderson, declare under penalty of perjury that I have served a copy of the attached Letter/Response/Request for Extension.

upon Daniel A. Schulze, Asst. A.G., Dr. Vincent Romano et al

whose address is 120 Broadway 24th Floor
New York, N.Y. 10271

DATED: August, New York
13th, 20 08

Signature
Coxsackie Correctional Facility
P.O. Box 999
Address

Coxsackie, N.Y. 12051
City, State & Zip Code

LL